No. 70–335.  ELECTRONIC COMPONENTS FOR INDUSTRY Co. ET AL. *v.* ELECTRONIC COMMUNICATIONS, INC.   C. A. 8th Cir.   Certiorari denied.

No. 70–337.  HY-LAN FURNITURE, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 4th Cir.   Certiorari denied.

No. 70–340.  HANCOCK *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 70–341.  TAGGART *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 70–345.  SKILLMAN *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 70–346.  GEO. A. CLARK & SON, INC. *v.* NOLD ET UX.   Sup. Ct. S. D.   Certiorari denied.

No. 70–348.  RATH *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 70–349.  SPEESE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 70–350.  EASTER *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 70–355.  LOWE *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 70–356.  GORDON *v.* ADCOCK.   C. A. 9th Cir.   Certiorari denied.

No. 70–5081.  SUGGS, AKA FERGUSON *v.* COMSTOCK, CONSERVATION CENTER SUPERINTENDENT.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.